UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Respondent,

v.

      Case No. 09-20239-3

      Paul D. Borman
      United States District Judge

NAZIM AHMED,

      Mona K. Majzoub
      Petitioner.      United States Magistrate Judge

_____/

**OPINION AND ORDER**
**(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION,**
**(2) DISMISSING WITH PREJUDICE PETITIONER'S MOTION TO VACATE**
**SENTENCE (Dkt. No. 46), and**
**(3) DENYING PETITIONER'S MOTION TO EXPEDITE (Dkt. No. 52)**

      Before the Court is Magistrate Judge Mona K. Majzoub's Report and Recommendation to dismiss with prejudice Petitioner's Motion to Vacate and denying Petitioner's Motion to Expedite. (Dkt. No. 54.)

      Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES WITH PREJUDICE** Petitioner's Motion to Vacate Sentence, and **DENIES** Petitioner's Motion to Expedite.

**IT IS SO ORDERED.**

      s/Paul D. Borman
      PAUL D. BORMAN
      UNITED STATES DISTRICT JUDGE

Dated: May 31, 2013

CERTIFICATE OF SERVICE

Copies of this Order were served on the parties and/or attorneys of record by electronic means or U.S. Mail on May 31, 2013.

                                            s/Deborah Tofil
                                            Case Manager